IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LESLIE FAYE LEA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:21-CV-2002-D |
| | § | |
| NISSAN MOTOR ACCEPTANCE CORPORATION, ET AL., | § § § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND REQUIRING SERVICE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

The court therefore dismisses any claims against defendants Jason Perry and Anna Smith with prejudice.

The court previously granted plaintiff Leslie Faye Lea permission, under the provisions of 28 U.S.C. § 1915, to proceed *in forma pauperis* in this court until judgment is entered. *See* Dkt. No. 5. Now, under 28 U.S.C. § 1915(d) and Fed. R. Civ. P.4(c)(3), the court orders the clerk of court to issue summons and the United States Marshal to serve process as follows:

**Defendant Nissan Motor Acceptance Corporation**
8800 Freeport Parkway
Irving, Texas 75063

After docketing of this order, the standing screening referral is terminated.

**SO ORDERED**.

September 28, 2021.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE