IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LESLIE FAY LEA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:21-CV-2002-D |
| | § | |
| NISSAN MOTOR ACCEPTANCE CORPORATION, et al., | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

For the reasons set out in an order filed on September 28, 2021 and a memorandum opinion and order filed today, it is ordered and adjudged that plaintiff's action against defendants Nissan Motor Acceptance Corporation ("Nissan"), Jason Perry, and Anna Smith is dismissed with prejudice.

Nissan's taxable costs of court, as calculated by the clerk of court, are assessed against plaintiff.

Done at Dallas, Texas February 23, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE